IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In Re:                               ) | |
|                                      ) | Bankruptcy Case No. 09-32717 |
| CHARLES ANTHONY NELSON and           ) | Chapter 7 |
| ELIZABETH MORGAN NELSON,             ) | |
| Debtors.                             ) | |

**DEBTORS' EX PARTE MOTION FOR ORDER TO REOPEN CHAPTER 7 CASE**

NOW COME the Debtors, Charles Anthony Nelson and Elizabeth Morgan Nelson, by and through undersigned counsel, Heather W. Culp of Mitchell & Culp, PLLC, and respectfully show the Court the following:

1. The Debtors filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on October 2, 2009.

2. The Debtors' discharge was ordered on January 5, 2010, and the Final Decree closing the Debtors' was entered on January 7, 2010.

3. Since the closing of the Debtors' case, the Debtors have received continued communications from a creditor whose debt was scheduled and discharged in the Debtors' bankruptcy case.

WHEREFORE, the Debtors pray that the Court enter an Order reopening their case for the purpose of filing a Motion for Sanctions for Violation of the Discharge Injunction and that the filing fee to reopen the case be waived as this motion is brought in aid of the Debtors' discharge.

This the 20th day of January, 2011.

_Heather W. Culp_
Heather W. Culp
N.C. State Bar No. 30386
Attorney for Debtors
MITCHELL & CULP, PLLC
1001 Morehead Square Drive, Suite 330
Charlotte NC 28203
Tel: (704) 333-0630
Fax: (704) 333-4975
E-mail: hculp@mitchellculp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Ex Parte Motion for Order to Reopen Debtor's Chapter 7 Case was served on the parties listed below by mailing a copy to each party in an envelope addressed as indicated below with proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office on the 20 day of December, 2010.

U.S. Bankruptcy Administrator
(via electronic filing)

Wayne Sigmon
Wayne Sigmon Attorney at Law PLLC
518 South New Hope Road
Gastonia, NC 28054
*Trustee*

Charles A. Nelson
Elizabeth M. Nelson
6807 Old Forge Drive
Charlotte NC 28225

Heather W. Culp
N.C. State Bar No. 30386
Attorney for Debtors
MITCHELL & CULP, PLLC
1001 Morehead Square Drive, Suite. 330
Charlotte, North Carolina 28203
Tel: (704) 333-0630
Fax: (704) 333-4975
Email: hculp@mitchellculp.com