



_____
J. Craig Whitley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 09-32717 |
| | ) | |
| CHARLES ANTHONY NELSON and | ) | Chapter 7 |
| ELIZABETH MORGAN NELSON, | ) | |
| | ) | |
| Debtors. | ) | |

**ORDER GRANTING DEBTORS' EX PARTE MOTION
FOR ORDER TO REOPEN CHAPTER 7 CASE**

THIS CAUSE coming on to be heard before the undersigned United States Bankruptcy Judge upon the Debtors' Ex Parte Motion for Order to Reopen Chapter 7 Case; and the Court having reviewed the pleadings and the Court's file and for good cause shown, it is;

ORDERED that the Debtors' Chapter 7 case shall be and the same is hereby reopened.

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.

United States Bankruptcy Court