IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| CHARLES ANTHONY NELSON | ) | Case No. 09-32717 |
| AND ELIZABETH MORGAN | ) | |
| NELSON, | ) | |
| Debtors. | ) | |

## REQUEST FOR HEARING

NOW COMES BNC Bank, formerly known as Beach First National Bank, by and through its undersigned counsel and requests a hearing on the Motion for Sanctions for Violation of Discharge Injunction ("Motion") filed by the Debtor on January 21, 2011, as required by the Notice of Motion or Objection served with the Motion.

Respectfully submitted this the 8th day of February, 2011.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By:  /s/ Joseph M. Lischwe
     Joseph M. Lischwe
     NC Bar No. 13308
     E-Mail: joe.lischwe@nelsonmullins.com
     4140 Parklake Avenue
     GlenLake One, 2nd Floor
     Raleigh, NC 27612
     Tel:  (919) 877-3800
     Fax: (919) 877-3799
     *Attorneys for BNC Bank*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing **REQUEST FOR HEARING** has been filed electronically in accordance with the local rules and was therefore served electronically on those entities that have properly registered for such electronic service and by depositing a copy thereof in the United States mail, postage prepaid, addressed to the parties below:

<u>VIA FIRST CLASS MAIL</u>

Charles A. Nelson and Elizabeth Morgan Nelson
6807 Old Forge Dr.
Charlotte, NC 28226

*Bankruptcy Administrator*
Linda Simpson
Bankruptcy Administrator
402 West Trade Street, Ste 200
Charlotte, NC 28202

<u>VIA CM/ECF AND FIRST CLASS MAIL</u>

*Trustee*
Wayne Sigmon
Wayne Sigmon Attorney at Law PLLC
518 South New Hope Road
Gastonia, NC 28054

*Debtor Counsel*
Heather W. Culp
Mitchell & Culp, PLLC
1001 Morehead Square Drive, Ste 330
Charlotte, NC 28203

      This the 8th day of February, 2011.

                                              /s/ Joseph M. Lischwe
                                                  Joseph M. Lischwe