IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No. 09-32717 |
| CHARLES ANTHONY NELSON and ) | Chapter 7 |
| ELIZABETH MORGAN NELSON, ) | |
| ) | |
| Debtors.            ) | |

**DEBTORS' NOTICE OF WITHDRAWAL OF MOTION FOR SANCTIONS FOR VIOLATION OF DISCHARGE INJUNCTION**

The Debtors, by and through undersigned counsel, hereby give notice of the withdrawal of their Motion for Sanctions for Violation of Discharge Injunction [Dkt. 13] as to Bank of North Carolina ("BNC").

This the 4 day of March, 2011.

_/s/ Heather W. Culp_
Heather W. Culp
N.C. State Bar No. 30386
Attorney for Debtors
MITCHELL & CULP, PLLC
1001 Morehead Square Drive, Suite 330
Charlotte NC 28203
Tel: (704) 333-0630
Fax: (704) 333-4975
E-mail: hculp@mitchellculp.com

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Debtors' Notice of Withdrawal of Motion for Sanctions for Violation of Discharge Injunction was this day served on the parties below by mailing a copy of same in an envelope addressed to each party with proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service on the 4 day of March, 2011.

Bankruptcy Administrator
(via electronic filing)

Via electronic filing only:
Wayne Sigmon
Wayne Sigmon Attorney at Law PLLC
518 South New Hope Road
Gastonia, NC 28054
*Trustee*

(Also via email: joe.lischwe@nelsonmullins.com)
Joseph M. Lischwe
Nelson, Mullins, Riley & Scarborough, LLP
GlenLake One, Suite 200
4140 Parklane Avenue
Raleigh, North Carolina 27612

 

*/s/ Heather W. Culp*
Heather W. Culp
N.C. State Bar No. 30386
Attorney for Debtors
MITCHELL & CULP, PLLC
1001 Morehead Square Drive, Suite 330
Charlotte NC 28203
Tel: (704) 333-0630
Fax: (704) 333-4975
E-mail: hculp@mitchellculp.com

2